## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JAIME EFRAIN LUIS-LOPEZ,

      Petitioner,

v.                                                                 Case No. 2:25-cv-03085-MSN-cgc

BRIAN ACUNA, et al.,

      Respondents.

## ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Jaime Efrain Luis-Lopez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Melissa B. Harper, the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1] The Clerk is **DIRECTED** to add Melissa Harper as respondent and to terminate Brian Acuna, Trinity Minter, Todd Lyons, Kristi Noem, and Pamela Bondi as respondents.

---

[1] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Dec. 3, 2025); *see* Petition for Writ of Habeas Corpus, *Godinez-Lopez v. Ladwig, et al.*, No. 2:25-cv-02962-SHL-atc (W.D. Tenn. Oct. 17, 2025), ECF No. 1.

It is **ORDERED** that the Clerk serve a copy of the § 2241 Petition and this Order on Respondent Melissa Harper[2] by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve: (1) the United States Attorney for the Western District of Tennessee electronically at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office electronically at stuart.canale@usdoj.gov.  Pursuant to Federal Rule of Civil Procedure 4(i), it is further **ORDERED** that the Clerk send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within __**fourteen (14) days**__ why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim that the petitioner must exhaust remedies.

Petitioner may file a reply within __**seven (7) days**__ of service of the return.  If the Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform the Respondent of those issues in the return.

If the Court finds that a hearing is necessary, a date shall be set by separate order.  *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 3rd day of December, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, LA 70087.  *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 3, 2025).